No. 405. UNITED STATES *v.* PIONEER AMERICAN INSUR-ANCE CO. ET AL. Supreme Court of Arkansas. Certiorari granted. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Joseph Kovner* and *George F. Lynch* for the United States.

No. 424. WATSON ET AL. *v.* CITY OF MEMPHIS ET AL. C. A. 6th Cir. Certiorari granted. *Jack Greenberg, Constance Baker Motley* and *H. T. Lockard* for petitioners. *J. S. Allen, Walter Chandler* and *Frank B. Gianotti, Jr.* for respondents.

No. 211, Misc. WHITE *v.* MARYLAND. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the Court of Appeals of Maryland granted limited to the point of law raised in *Hamilton* v. *Alabama,* 368 U. S. 52. Case transferred to the appellate docket. Petitioner *pro se. Thomas B. Finan,* Attorney General of Maryland, and *Robert F. Sweeney,* Assistant Attorney General, for respondent.

No. 368. RETAIL CLERKS INTERNATIONAL ASSOCIATION, LOCAL 1625, AFL–CIO, ET AL. *v.* SCHERMERHORN ET AL. Supreme Court of Florida. Certiorari granted. *S. G. Lippman, Tim L. Bornstein, Russell Specter* and *Claude Pepper* for petitioners. *Bernard B. Weksler* for respondents.

No. 409. WAKSMUNDZKA *v.* TERRY ET AL. Motion to dispense with printing the petition granted. Petition for writ of certiorari to the Supreme Court of Florida denied.